No. 03–9779.  JACKSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–9783.  RODGERS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–9784.  LOPEZ-POCAZO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9786.  BARRON-IRACHETA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9787.  BAKER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9791.  DAVALOS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–9792.  DEWILLIAMS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–9793.  DAVIS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–9794.  HILL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–9796.  JONES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–9799.  PINTO-SANTELLANO, AKA PINTO, AKA SANTANA-PINTO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9800.  MCELHINEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–9804.  WORTHY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 03–9807.  BERKEY *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–9812.  LAWRENCE *v.* DEROSA, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 03–9819.  SIFFORD *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.